1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. 2:10-cr-119 GEB
                                  )
12              Plaintiff,        ) STIPULATION AND ORDER
                                  ) TO CONTINUE DEFENDANT'S MOTION
13      v.                        ) FOR RULE 17(c) SUBPOENA AND
                                  ) REQUEST FOR HEARING
14 REGINALD DONNEL BOWSER,        )
                                  ) DATE: March 2, 2011
15              Defendant.        ) TIME: 2:00 p.m.
   _____) CTRM: Hon. Edmund F. Brennan
16

17      The United States of America, through its counsels of record,

18 Benjamin B. Wagner, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and Phillip A. Schnayerson, counsel for the defendant

21 Reginald Bowser, stipulate and request that the Court continue the

22 motion hearing in this case from March 2, 2011, to March 8, 2011, at

23 2:00 p.m.

24      Counsel for the government will be out of the state on

25 government business from February 27, 2011, to March 4, 2011.

26 Additionally, counsel for the government needs a few days to

27 complete his response to the defendant's motion.

28 ///

                                  1

1    Based upon the foregoing, the parties agree that time under the

2    Speedy Trial Act be excluded from the filing of the original motion

3    on January 27, 2011, through the conclusion and disposition of such

4    motion pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E for

5    pending pretrial motion, and pursuant to 18 U.S.C. §

6    3161(h)(7)(B)(iv) – reasonable time to prepare and Local Code T-4 –

7    reasonable time for counsel's defense preparation.

8                                         Respectfully submitted,

9                                         BENJAMIN B. WAGNER
                                          United States Attorney
10

11   DATED: February 28, 2010     By:   /s/ William S. Wong
                                        WILLIAM S. WONG
12                                      Assistant U.S. Attorney

13

14   DATED: February 28,, 2010    By:   /s/ Phillip Schnayerson
                                        PHILLIP SCHNAYERSON
15                                      Attorney for Defendant

16

17   _____

                                    **ORDER**

18       Good cause having been shown, the Court finds that the ends of

19   justice outweigh the best interest of the public and the defendant

20   in a speedy trial, and it is hereby ordered that this matter be set

21   for March 8, 2011, at 2:00 p.m. and that time be excluded from the

22   filing of the motion through the conclusion and disposition of such

23   motion pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E for

24   pending pretrial motion and pursuant to 18 U.S.C. §

25   3161(h)(7)(B)(ii) and Local Code T-4.

26   DATED: March 2, 2011.

27                               EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE
28

                                      2