```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REGINALD DONNEL BOWSER, <br><br> Defendant. | CR. NO. 2:10-CR-0119 GEB <br><br> STIPULATION AND (PROPOSED) ORDER TO MODIFY BRIEFING SCHEDULE <br><br> Date: May 6, 2011 <br> Time: 9:00 a.m. <br> Court: Honorable Garland E. Burrell, Jr. |

The United States of America and the defendant Reginald Bowser, through his counsel, Philip Schnayerson, stipulate and agree to the following modified schedule regarding defendant's Motion to Suppress Evidence currently set for non-evidentiary hearing on May 6, 2011 at 9:00 a.m.:

1. Government's Opposition brief shall be filed no later than April 29, 2011;

The government needs additional time to research and prepare its opposition brief.  In the event that the government's opposition brief requires that the defendant file a reply brief or supplemental declarations, the government will not object to re-setting the evidentiary hearing date for that purpose.  Attorney Philip

1

1  Schnayerson has authorized Assistant U.S. Attorney Todd D. Leras to
2  sign this stipulation on his behalf.
3                                          Respectfully submitted,
4                                          BENJAMIN B. WAGNER
                                            United States Attorney
5
6  DATED: April 21, 2011            By: /s/ Todd D. Leras
                                        TODD D. LERAS
7                                       Assistant U.S. Attorney
8
9  DATED: April 21, 2011            By: /s/ Todd D. Leras
                                        PHILIP A. SCHNAYERSON
10                                      Attorney for Defendant

**<u>ORDER</u>**

It is hereby ordered that the modified briefing schedule is adopted.  The government's opposition brief is due no later than April 29, 2011.

Dated:  April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge