```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. S 10-119 GEB
                                )
12              Plaintiff,      )  ORDER TO RESET
                                )  BRIEFING SCHEDULE AND HEARING
13       v.                     )
                                )
14  REGINALD BOWSER,            )
                                )
15              Defendant.      )
                                )
16  _____)
17
18       For the reasons set forth above, the revised law and motion
19  schedule is adopted.  Since the defendant has filed his motion to
20  suppress evidence, time will continue to be excluded because of the
21  pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D),
22  and Local Code T-4 from the filing of the motion to May 20, 2011.
23
24  Dated:  May 6, 2011
25
                                   _____
26                                 GARLAND E. BURRELL, JR.
                                   United States District Judge
27
28
```