BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REGINALD BOWSER, <br><br> Defendant. | CR. NO. S-10-119-GEB <br><br> STIPULATION AND (PROPOSED) ORDER TO RESET BRIEFING SCHEDULE |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Reginald Bowser, through his counsel, Philip Schnayerson, Esq., stipulate and agree to the following revised briefing schedule.  The defendant's motion to suppress evidence is currently set for June 10, 2011, at 9:00 a.m.:

 1. Government's response shall be filed no later than May 27, 2011;

 2. Defendant's reply, if any, shall be filed no later than June 3, 2011; and

 3. A non-evidentiary hearing on the motion to be set for June 10, 2011, at 9:00 a.m.

1

Counsel for the government is currently working on a 9th Circuit brief and needs time to conduct further legal research and write its opposition to the defendant's motion to suppress evidence. Defense counsel then needs additional time to respond to the government's opposition. Accordingly, the parties stipulate to the revised briefing schedule.  This request does not change the non-evidentiary hearing date which is currently scheduled for June 10, 2011, at 9:00 a.m.

>                              Respectfully submitted,
>
>                              BENJAMIN B. WAGNER
>                              United States Attorney

DATED: May 25, 2011        By: /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

DATED: May 25, 2011        By: /s/ Philip A. Schnayerson
                               PHILIP A. SCHNAYERSON
                               Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the revised briefing schedule is adopted.  Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to June 10, 2011, or whenever the Court rules on motion, whichever is later.

Dated:  May 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge