PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
REGINALD D. BOWSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-S-10-119 GEB |
| Plaintiffs, ) | |
| ) | **STIPULATION AND (PROPOSED)** |
| vs. ) | **ORDER TO RESET BRIEFING** |
| ) | **SCHEDULE AND HEARING DATE** |
| ) | |
| REGINALD D. BOWSER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Reginald D. Bowser, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, William S. Wong, Assistant United States Attorney, stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for June 10, 2011, at 9:00 a.m.:

1)  Defendant's reply to Government's response shall be filed no later than June 15, 2011.

2)  Defendant's will file Franks motion no later than June 15, 2011, to be heard in conjunction with motion to suppress.

3)  Government's response, if any, shall be filed no later than July 15, 2011.

1

4) Defendant's motion to suppress and Franks motion to be set for August 12, 2011, at 9:00 a.m.

Additional time is needed for the defense to prepare a reply to the Government's response which will include further legal research.

In addition, after investigation the defense will file a Franks motion and will require time to prepare and file this motion.

For these reasons, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

DATED: June 2, 2011                Respectfully submitted,

                                    By:   /s/ Philip A. Schnayerson
                                          PHILIP A. SCHNAYERSON
                                          Attorney for Defendant
                                          REGINALD D. BOWSER

DATED: June 2, 2011

                                    By:   /s/ Philip A. Schnayerson
                                          Authorized to sign for William Wong
                                          Assistant United States Attorney
                                          on June 2, 2011

---

**ORDER**

For the reasons set forth above, the revised briefing schedule is adopted. As the defendant has filed a motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161 (h)(1)(D), and Local Code T-4 from the filing of the motion to August 12, 2011 or whenever the Court rules on motion, whichever is later.

Dated: June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge