PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
REGINALD D. BOWSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   ) | |
| ) | CASE NO. CR-S-10-119  GEB |
| Plaintiffs,   ) | |
| ) | **STIPULATION AND (PROPOSED)** |
| vs.   ) | **ORDER TO CONTINUE FILING** |
| ) | **DATE FOR DEFENDANT'S REPLY** |
| ) | **AND MOTION** |
| REGINALD D. BOWSER   ) | |
| ) | |
| Defendant.   ) | |
| _____   ) | |

Reginald D. Bowser, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, William S. Wong, Assistant United States Attorney, stipulate and agree to continue the filing dates regarding the defendant's motion to suppress evidence as follows:

1) Defendant's reply to Government's response shall be filed no later than June 23, 2011.

2) Defendant's will file Franks motion no later than June 23, 2011, to be heard in conjunction with motion to suppress.

1

Additional time is needed for the defense to complete a reply to the Government's response and to complete and file a Franks motion.

For these reasons, the parties stipulate to the revised filing dates and request that time be excluded pursuant to Local Code E and T-4.

DATED: June 15, 2011   Respectfully submitted,

By: /s/ Philip A. Schnayerson
PHILIP A. SCHNAYERSON
Attorney for Defendant
REGINALD D. BOWSER

DATED: June 15, 2011

By: /s/ Philip A. Schnayerson
Authorized to sign for William Wong
Assistant United States Attorney
on June 15, 2011

## ORDER

For the reasons set forth above, the defendant's reply to Government's response to the Motion to Suppress shall be filed by June 23, 2011. Defendant's shall file their Franks motion by June 23, 2011. Government's reply to the Franks motion shall be filed by July 7, 2011. Defendant's reply to the Franks motion shall be filed by July 14, 2011. The previous Order stands as to excludable time as defendant has filed a motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161 (h)(1)(D), and Local Code T-4 from the filing of the motion to August 12, 2011 or whenever the Court rules on motion, whichever is later.

GARLAND E. BURRELL, JR.
United States District Judge