BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> REGINALD BOWSER, <br> Defendant. | CR. NO. S-10-119-GEB <br><br> STIPULATION AND (PROPOSED) ORDER TO RESET BRIEFING SCHEDULE |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Reginald Bowser, through his counsel, Philip Schnayerson, Esq., stipulate and agree to the following revised briefing schedule. The defendant's motion to suppress evidence is currently set for August 12, 2011, at 9:00 a.m.:

1. Government's response shall be filed no later than July 18, 2011;

2. Defendant's reply, if any, shall be filed no later than July 24, 2011; and

3. A non-evidentiary hearing on the motion to be set for August 12, 2011, at 9:00 a.m.

Counsel for the government needs additional time to review CDS of interviews of witnesses relevant to the issue at hand and to

1

transcribe relevant portions of the witness interviews. Additionally, the government needs time to conduct further legal research and write its opposition to the defendant's motion to suppress evidence. Defense counsel then needs additional time to respond to the government's opposition. Accordingly, the parties stipulate to the revised briefing schedule. This request does not change the non-evidentiary hearing date which is currently scheduled for August 12, 2011, at 9:00 a.m.

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: July 15, 2011           By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

DATED: July 15, 2011           By:  /s/ Philip A. Schnayerson
                                    PHILIP A. SCHNAYERSON
                                    Attorney for Defendant
```

**ORDER**

For the reasons set forth above, the revised briefing schedule is adopted. Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to August 12, 2011, or whenever the Court rules on motion, whichever is later.

Dated: July 19, 2011

GARLAND E. BURRELL, JR.
United States District Judge