```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00119 GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| REGINALD DONEAL BOWSER, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Reginald Doneal Bowser, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

   (1) one Taurus, model Millenium PT145CA, .45 caliber semi-automatic pistol, serial number NEV48529; and

   (2) one H and K, .45 caliber semi-automatic pistol, serial number 25-089869.

2. The above-listed property is a firearm that was involved

1  or used in the knowing commission of a violation of 18 U.S.C. §
2  922(g)(1).
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the
6  Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its
7  secure custody and control.
8       4.   a.   28 U.S.C. § 2461(c), incorporating  21 U.S.C. §
9  853(n), and Local Rule 171, the United States shall publish
10 notice of the order of forfeiture.  Notice of this Order and
11 notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20            b.   This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27      5.   If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

Dated:  April 30, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge