**FILED**

AUG - 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-00119-GEB-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| REGINALD DONNEL BOWSER, ) | |
| Defendant. ) | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Reginald Donnel Bowser** from custody.

IT IS SO ORDERED.

Dated: August 3, 2012

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

Copy